
~~SEALED~~

AO 93 (Rev. 11/13) Search and Seizure Warrant

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
JUN 0 2 2016
JULIA C. DUDLEY, CLERK
BY: /s/ K. Bolton
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. 6:16 mj 00008
2148 Perkins Mill Road )
Dillwyn, Virginia 23936 )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Virginia_____
*(identify the person or describe the property to be searched and give its location):*
See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____June 7, 2016_____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable Joel C. Hoppe_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   05/24/2016 3:46 pm                              */s/ Joel C. Hoppe*
                                                                         *Judge's signature*

City and state:         Charlottesville, Virginia                 Honorable Joel C. Hoppe, U.S. Magistrate Judge
                                                                         *Printed name and title*

Issued electronically.

| Return |||
|---|---|---|
| Case No.: 6:16mj00008 | Date and time warrant executed: 5/26/2016 @ 12:55pm | Copy of warrant and inventory left with: Dennis L. Gowin |
| Inventory made in the presence of: Dennis L. Gowin |||
| Inventory of the property taken and name of any person(s) seized: <br><br> See attached inventory containing 1 of 1 page <br><br> CBS |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/2/2016

_Executing officer's signature_

Christopher B. Steinbauer  Special Agent
_Printed name and title_
DHHS-OIG

Received in Chambers
by reliable electronic
means on June 2, 2016
Hon. Joel C. Hoppe

**May 26, 2016 - Site B - 2148 Perkins Mill Rd. Dillwyn, VA 23936**

| Media Number | Location | Item Description | Locating Agent |
|---|---|---|---|
| M017 | Room R | Manuals, training, statements | Hedman |
| M018* | | | |
| M019* | | | |
| M020* | | | |
| M021 | Room O- Desk behind staircase | Deed Receipt | Steinbauer |

*Greyed out Media Numbers are unassigned/unused

Search Warrant Inventory Log of Items Seized
Christopher B. Steinbauer
Special Agent DHHS-OIG
[signature] 6/2/2016
Case No. 6:16mj00008